UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SALEHOO GROUP LTD., a New Zealand Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ABC COMPANY, an entity of unknown origin and/or JOHN DOE, individually,<br><br>Defendants. | Civil Action No. 10-CV-671<br><br>SALEHOO GROUP LTD.'S MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY<br><br>NOTE ON MOTION CALENDAR:<br>April 20, 2010 |

Plaintiff SaleHoo Group Ltd. ("SaleHoo") respectfully requests that the Court grant leave to serve early subpoena discovery pursuant to Federal Rule of Civil Procedure 45 on GoDaddy.com, Inc. and Domains by Proxy, Inc. to discover the owner identity and account information associated with the offending domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com.

**I.   FACTS**

SaleHoo has brought suit against the owner of the domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com for trademark infringement and false designation of origin and federal unfair competition and defamation. For purposes of its complaint, SaleHoo identified the defendants using ABC Company and John Doe, mere place

MOTION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY - 1
Civil Action No. 10-CV-671
SALE-6-1001P02MOT

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

holders, because the identity and contact information of the domain name and website owner was unknown to SaleHoo. ABC Company is an entity of unknown type and origin and John Doe is an individual of unknown citizenship and residence. As asserted in the complaint, on information and belief, one or both defendants own and/or control the domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com, including the development and publication of the www.salehoosucks.com website, its content and related business and commerce.

The identity of the owner of the *salehoosucks.com* domain name and associated website has been unsuccessfully sought by SaleHoo and is presently shielded from disclosure by the domain name registrar GoDaddy.com, Inc. and Domains by Proxy, Inc., which has listed itself as the registrant as part of its anonymous domain name service. According to its website "Civil Subpoena Policy," GoDaddy.com, Inc. is headquartered at 14455 North Hayden Road, Suite 219, Scottsdale, Arizona 85260. According to publicly accessible Whois administrative contact records, Domains by Proxy, Inc. is located at 15111 North Hayden Road, Suite 160, Scottsdale, Arizona 85260. It is the policy of the registrar, GoDaddy.com, Inc., not to disclose identity or account information absent service of legal process. Domains by Proxy, Inc. has likewise refused to provide the identity of the owner of the *salehoosucks.com* domain name absent service of legal process.

Accordingly, SaleHoo seeks the Court's leave to immediately issue subpoenas to both GoDaddy.com, Inc. and Domains by Proxy, Inc. to pursue identity and account information via legal process. SaleHoo will use this information to amend the complaint to identify the correct defendant(s). This information may also be otherwise relevant to SaleHoo's claims or reasonably calculated to lead to the discovery of admissible evidence.

## II.    QUESTION PRESENTED

Whether the Court should allow the immediate issuance of subpoenas from SaleHoo to GoDaddy.com, Inc. and Domains by Proxy, Inc. in order to obtain identity and account

MOTION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY - 2
Civil Action No. 10-CV-671
SALE-6-1001P02MOT

BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

information regarding the defendant(s) in this action, namely, the owner(s) of the domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com?

### III.   EVIDENCE RELIED UPON

This motion is based on the complaint and supporting Declaration of David A. Lowe, filed and served herewith.

### IV.   LEGAL ANALYSIS

Federal Rule of Civil Procedure (Fed. R. Civ. Pro.) 26(b)(1) allows parties to obtain discovery of "any nonprivileged matter that is relevant to any party's claim or defense," and states that "[r]elevant evidence need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. Pro. 45(a)(1)(D) allows parties to serve a subpoena requiring the production or allowing the inspection, copying, etc. of documents, electronically stored information, or other tangible things.

SaleHoo seeks to discover the identity and account information regarding the defendant(s) in this action, namely, the owner(s) of the domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com. SaleHoo has asserted claims for trademark infringement and false designation of origin and federal unfair competition and defamation against the owners of the domain name and website, but has been unable to conclusively identify the defendants because the information has been shielded by the third party registrar and registrant. Immediate subpoenas to the third party registrar and registrant are necessary to allow SaleHoo to amend its complaint to identify the proper defendants, as well as to facilitate service and further prosecution of SaleHoo's claims against the offending parties.

For the reasons set forth above, SaleHoo respectfully requests that the Court order that SaleHoo may issue subpoenas to GoDaddy.com, Inc. and Domains by Proxy, Inc. to compel the identification and account information of the owner(s) of the domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com. A proposed Order is submitted herewith.

MOTION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY - 3
Civil Action No. 10-CV-671
SALE-6-1001P02MOT

BLACK LOWE & GRAHAM <sup>PLLC</sup>

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  RESPECTFULLY SUBMITTED this 20th day of April, 2010.

/David A. Lowe/, WSBA No. 24,453
  Email: lowe@blacklw.com
Lawrence D. Graham, WSBA No. 25,402
  Email: graham@blacklaw.com
BLACK LOWE & GRAHAM^PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for SaleHoo Group Ltd.

MOTION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY - 4
Civil Action No. 10-CV-671
SALE-6-1001P02MOT

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301