UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SALEHOO GROUP LTD., a New Zealand Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ABC COMPANY, an entity of unknown origin and/or JOHN DOE, individually,<br><br>Defendants. | Civil Action No. 10-CV-671<br><br>DECLARATION OF DAVID A. LOWE IN SUPPORT OF MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

I, David A. Lowe, declare as follows:

1.  I am a member of BLACK LOWE & GRAHAM$^{PLLC}$, an actively practicing attorney in good standing licensed by the State of Washington (WSBA No. 24,453), counsel for Plaintiff SaleHoo Group Ltd. ("SaleHoo") in this case. I base this declaration either on personal knowledge or upon my review of records kept and maintained in the ordinary course of this litigation.

2.  SaleHoo has conducted a reasonable investigation to identify the owner of the domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com. The domain name lists the anonymous domain name service Domains by Proxy, Inc. as the registrant and the domain name registrar as GoDaddy.com, Inc. During its investigation,

DECLARATION OF DAVID A. LOWE IN
SUPPORT OF MOTION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY - 1
Civil Action No. 10-CV-671
SALE-6-1001P02DEC_DAL

BLACK LOWE & GRAHAM$^{PLLC}$

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1. SaleHoo attempted to obtain the information as to the underlying owner but was unable to do so absent legal process on these companies. I am informed that it is the policy of the registrar, GoDaddy.com, Inc., not to disclose identity or account information absent service of legal process. Domains by Proxy, Inc. has likewise refused to provide the identity of the owner of the *salehoosucks.com* domain name absent service of legal process.

2. 3. According to its website "Civil Subpoena Policy," GoDaddy.com, Inc. is headquartered at 14455 North Hayden Road, Suite 219, Scottsdale, Arizona 85260. According to publicly accessible Whois administrative contact records, Domains by Proxy, Inc. is located at 15111 North Hayden Road, Suite 160, Scottsdale, Arizona 85260.

3. 4. SaleHoo seeks to discover the owner identity and account information associated with the offending domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com solely for purposes of protecting SaleHoo's rights related to the claims enumerated in the complaint in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 20th day of April, 2010.

                  s/ David A. Lowe, WSBA No. 24,453

DECLARATION OF DAVID A. LOWE IN
SUPPORT OF MOTION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY - 2
Civil Action No. 10-CV-671

SALE-6-1001P02DEC_DAL

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301