



10-CV-00671-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SALEHOO GROUP LTD., a New Zealand Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ABC COMPANY, an entity of unknown origin and/or JOHN DOE, individually,<br><br>Defendants. | Civil Action No. 10-CV-671<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO TAKE IMMEDIATE DISCOVERY |

This matter having come before the Court pursuant to Plaintiff SaleHoo Group Ltd.'s ("SaleHoo") motion for leave to take immediate discovery, and the Court having considered all papers filed related thereto, the Court finds that SaleHoo's request is reasonably and appropriate. Accordingly, IT IS HEREBY ORDERED:

SaleHoo's motion for leave to take immediate discovery is GRANTED. SaleHoo may serve immediate subpoenas pursuant to Fed. R. Civ. Proc. 45 on GoDaddy.com, Inc. and Domains by Proxy, Inc. to discover the owner identity and account information associated with the domain name *salehoosucks.com* and corresponding Internet website www.salehoosucks.com. Any information disclosed to SaleHoo in response to the subpoenas

ORDER GRANTING LEAVE TO TAKE
IMMEDIATE DISCOVERY - 1
Civil Action No. 10-CV-671
~9089849

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

may be used by SaleHoo solely for purposes of protecting SaleHoo's rights related to the claims

enumerated in the complaint in this matter.

DATED this **4ᵗʰ** day of May, 2010.

United States District Judge

Presented by:

s/ David A. Lowe, WSBA No. 24,453
   Email: lowe@blacklw.com
Lawrence D. Graham, WSBA No. 25,402
   Email: graham@blacklaw.com
BLACK LOWE & GRAHAM^PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for SaleHoo Group Ltd.

ORDER GRANING LEAVE TO TAKE IMMEDIATE
DISCOVERY - 2
Civil Action No. 10-CV-671
~9089849

BLACK LOWE & GRAHAM^PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301